# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL L. MCBRIDE aka RACHEL STRADER, and AARON STRADER, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 18-1401 |
| v. | ) |
| PHH MORTGAGE CORPORATION, *et al.*, | )<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

September 23, 2019

After Plaintiffs filed an amended complaint in the above-captioned matter, Defendants filed a Motions to Dismiss (ECF 9, 14, 19 & 35). A Report and Recommendation was filed by United States Magistrate Judge Patricia L. Dodge on August 28, 2019, (ECF 55) which recommended granting all of the Motions to Dismiss. No objections have been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the Opinion of this Court,

IT IS HEREBY ORDERED that the Motions to Dismiss (ECF 9, 14, 19 & 35) are **GRANTED**. Accordingly, all claims by Plaintiff Aaron Strader and Counts 3, 4, 6, 7, 8 & 9 are dismissed without prejudice because the Court lacks subject-matter jurisdiction over these claims. Counts 1, 2, 5, 10 and 11 are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Extension of Time to File Objections to the Report and Recommendation (ECF 57) is **DENIED**. The Court will give

Plaintiffs until **October 16, 2019** to file objections to the Report and Recommendation in the form of a Motion for Reconsideration of this Court's Order granting the motions to dismiss.

                                              s/ David Stewart Cercone
                                              David Stewart Cercone
                                              United States District Judge

cc:      Steven Eisenberg, Esquire
           Robert P. Wendt, Esquire
           Caroline Liebenguth, Esquire
           Lisa G. Michel, Esquire

           (*Via CM/ECF Electronic Mail*)

           Rachel L. McBride
           1220 Robina Drive
           Pittsburgh, PA 15221

           Aaron Strader
           1220 Robina Drive
           Pittsburgh, PA 15221

           (*By Regular U.S. Mail*)